# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

140417

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 140417
COA: 286959
Wayne CC: 08-002798-FC

BRIAN DANGELO BROOKS,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the December 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

s0419

_____
Clerk